# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH STATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17-CV-77-JED-JFJ |
| | ) |
| ALLIED WORLD SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court has entered an Opinion and Order (Doc. 57) granting summary judgment to the defendant, Allied World Specialty Insurance Company. Judgment is hereby entered in favor of the defendant and against the plaintiff, Kenneth Statton.

DATED this 17th day of January, 2018.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE